United States District Court
Southern District of Texas

**ENTERED**

August 14, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HUDSON INSURANCE COMPANY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02504 |
| | § | |
| PROTECTIVE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on July 23, 2026. Doc. #32. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendations for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendations in its entirety.

Accordingly, Defendant's Motion to Dismiss (Doc. #24) is GRANTED. Plaintiffs' claims are DISMISSED WITHOUT PREJUDICE. Plaintiffs' Motion for Partial Summary Judgment (Doc. #28) is DENIED as MOOT. The Court will enter a separate Final Judgment.

It is so ORDERED.

AUG 13 2026

Date

The Honorable Alfred H. Bennett
United States District Judge